218

## ROBINSON v. STATE.
### No. 23308.

Court of Criminal Appeals of Texas.

March 13, 1946.

J. K. Russell, of Cleburne, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for cattle theft, punishment two years in the penitentiary.

No statement of facts or bills of exception are brought forward. Nothing is presented for review.

The judgment is affirmed.